# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Western Division

M. O.

                Plaintiff,

v.                                   Case No.: 3:18−cv−50260
                                        Honorable Philip G. Reinhard

Hononegah Community High School District #207, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 12, 2020:

      MINUTE entry before the Honorable Iain D. Johnston: The motion for a continuance [59] is agreed and granted. The motion presentment set for 3/17/2020 is stricken. The telephonic status hearing previously set for 4/14/2020 is stricken and is reset to 3/31/2020 at 9:00 AM. By 3/27/2020 counsel shall provide direct−dial numbers for the hearing to the Court's operations specialist, who will initiate the call. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.